UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BROADCAST MUSIC, INC.;　　　　　　　)
UNIVERSAL – SONGS OF POLYGRAM　　)
INTERNATIONAL, INC.; E.O. SMITH　　　)
MUSIC; SONY/ATV SONGS LLC d/b/a　　)
SONY/ATV TREE PUBLISHING;　　　　　)
HOUSE OF CASH, INC.; SCREEN　　　　　)
GEMS-EMI MUSIC, INC.;　　　　　　　　)
WARNER-TAMERLANE PUBLISHING　　)
CORP.; ELEKSYLUM MUSIC, INC.;　　　　)
NO SURRENDER MUSIC, a division of　　)
PRAXIS INTERNATIONAL　　　　　　　)
COMMUNICATIONS, INC.; COMBINE　　)
MUSIC CORP.; TREMONTI STAPP　　　　)
MUSIC; RESERVOIR MEDIA　　　　　　　)
MANAGEMENT INC., d/b/a RESERVOIR )
416 a/k/a RESERVOIR ONE AMERICA;　　)
UNIVERSAL MUSIC-Z TUNES LLC d/b/a )
UNIVERSAL MUSIC Z SONGS;　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiffs,　　　　　　　　)　　CIVIL ACTION NO.: 16-74
　　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
MM & JB ENTERPRISES, INC. d/b/a　　　)
ALCHEMY TAVERN; and JOHN R.　　　　)
CHARNETSKI, individually,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　　　　)

# COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI") is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 10.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Universal – Songs of Polygram International, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff E. O. Smith Music is a sole proprietorship owned by Rivers Cuomo. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Sony/ATV Songs LLC is a limited liability company doing business as Sony/ATV Tree Publishing. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff House of Cash, Inc. is a corporation. This Plaintiff is the copyright owner

of at least one of the songs in this matter.

9. Plaintiff Screen Gems-EMI Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Warner-Tamerlane Publishing Corp. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Eleksylum Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff No Surrender Music is a division of Praxis International Communications, Inc., a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff Combine Music Corp. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Plaintiff Tremonti Stapp Music is a partnership owned by Scott A. Stapp and Mark T. Tremonti. This Plaintiff is the copyright owner of at least one of the songs in this matter.

15. Plaintiff Reservoir Media Management Inc. is a corporation doing business as Reservoir 416 also known as Reservoir One America. This Plaintiff is the copyright owner of at least one of the songs in this matter.

16. Plaintiff Universal Music-Z Tunes LLC is a limited liability company doing business as Universal Music Z Songs. This Plaintiff is the copyright owner of at least one of the songs in this matter.

17. Defendant MM & JB Enterprises, Inc. is a corporation organized and existing under the laws of the State of Alabama which operates, maintains and controls an establishment known as Alchemy Tavern, located at 7 South Joachim Street, Mobile, Alabama 36602, in this district (the "Establishment").

18. In connection with the operation of the Establishment, Defendant MM & JB Enterprises, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

19. Defendant MM & JB Enterprises, Inc. has a direct financial interest in the Establishment.

20. Defendant John R. Charnetski is an officer of Defendant MM & JB Enterprises, Inc. with responsibility for the operation and management of that corporation and the Establishment.

21. Defendant John R. Charnetski has the right and ability to supervise the activities of Defendant MM & JB Enterprises, Inc. and a direct financial interest in that corporation, and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

22. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 21.

23. Since January 2015 BMI has reached out to Defendants over 40 times, by phone, mail and email, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

24. Plaintiffs allege nine (9) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient

administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

25. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the nine (9) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

26. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

27. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

28. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical

composition listed on Line 2.

29. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

30. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: __Feb 18__, 2016

By: _____
James P. Pewitt
James P. Pewit, LLC
6 Office Park Circle, Suite 116
Birmingham, AL 35223
Ph. (205) 874-6686

Attorney for Plaintiffs

**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL AT THE FOLLOWING ADDRESSES:**

MM & JB Enterprises Incorporated d/b/a Alchemy Tavern
c/o John R. Charnetski, Registered Agent
4 Yacht Club Drive #26
Daphne, AL  36526

John R. Charnetski
4 Yacht Club Drive #26
Daphne, AL  36526

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Bennie And The Jets |
| Line 3 | Writer(s) | Bernard Taupin; Elton John |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 3/7/74 |
| Line 6 | Registration No(s). | Efo 170947 |
| Line 7 | Date(s) of Infringement | 12/12/15 |
| Line 8 | Place of Infringement | Alchemy Tavern |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Buddy Holly |
| Line 3 | Writer(s) | Rivers Cuomo |
| Line 4 | Publisher Plaintiff(s) | Rivers Cuomo, an individual dba E.O. Smith Music |
| Line 5 | Date(s) of Registration | 3/20/96 |
| Line 6 | Registration No(s). | PA 787-867 |
| Line 7 | Date(s) of Infringement | 12/12/15 |
| Line 8 | Place of Infringement | Alchemy Tavern |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Crazy |
| Line 3 | Writer(s) | Willie Nelson |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 3/6/89    10/16/61 |
| Line 6 | Registration No(s). | RE 422-869    Ep 156698 |
| Line 7 | Date(s) of Infringement | 12/12/15 |
| Line 8 | Place of Infringement | Alchemy Tavern |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Folsom Prison a/k/a Folsom Prison Blues |
| Line 3 | Writer(s) | John R. Cash a/k/a Johnny Cash |
| Line 4 | Publisher Plaintiff(s) | House of Cash, Inc. |
| Line 5 | Date(s) of Registration | 2/13/84    1/13/83    9/14/56    11/30/55 |
| Line 6 | Registration No(s). | RE 196-295    RE 153-380    Ep 102326    EU 418371 |
| Line 7 | Date(s) of Infringement | 11/08/15 |
| Line 8 | Place of Infringement | Alchemy Tavern |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Hooked On A Feeling |
| Line 3 | Writer(s) | Mark James |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music, Inc. |
| Line 5 | Date(s) of Registration | 9/17/68 |
| Line 6 | Registration No(s). | Ep 249766 |
| Line 7 | Date(s) of Infringement | 12/12/15 |
| Line 8 | Place of Infringement | Alchemy Tavern |

| Line 1 | Claim No. | 6 |
|---|---|---|
| Line 2 | Musical Composition | Keep Your Hands To Yourself |
| Line 3 | Writer(s) | Dan Baird |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Eleksylum Music, Inc.; No Surrender Music, a division of Praxis International Communications, Inc. |
| Line 5 | Date(s) of Registration | 10/15/86 |
| Line 6 | Registration No(s). | PA 304-742 |
| Line 7 | Date(s) of Infringement | 12/12/15 |
| Line 8 | Place of Infringement | Alchemy Tavern |

| Line 1 | Claim No. | 7 |
|---|---|---|
| Line 2 | Musical Composition | Me And Bobby McGee |
| Line 3 | Writer(s) | Kris Kristofferson; Fred Foster |
| Line 4 | Publisher Plaintiff(s) | Combine Music Corp. |
| Line 5 | Date(s) of Registration | 7/18/69 |
| Line 6 | Registration No(s). | Ep 260746 |
| Line 7 | Date(s) of Infringement | 12/11/15 |
| Line 8 | Place of Infringement | Alchemy Tavern |

| Line 1 | Claim No. | 8 |
|---|---|---|
| Line 2 | Musical Composition | My Own Prison |
| Line 3 | Writer(s) | Scott Stapp; Mark Tremonti |
| Line 4 | Publisher Plaintiff(s) | Scott A. Stapp and Mark T. Tremonti, a partnership d/b/a Tremonti Stapp Music; Reservoir Media Management Inc. d/b/a Reservoir 416 a/k/a Reservoir One America |
| Line 5 | Date(s) of Registration | 10/4/99 |
| Line 6 | Registration No(s). | PA 966-903 |
| Line 7 | Date(s) of Infringement | 12/12/15 |
| Line 8 | Place of Infringement | Alchemy Tavern |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Contagious |
| Line 3 | Writer(s) | Robert Kelly p/k/a R. Kelly |
| Line 4 | Publisher Plaintiff(s) | Universal Music-Z Tunes LLC d/b/a Universal Music Z Songs |
| Line 5 | Date(s) of Registration | 9/7/01 |
| Line 6 | Registration No(s). | PA 1-059-142 |
| Line 7 | Date(s) of Infringement | 12/12/15 |
| Line 8 | Place of Infringement | Alchemy Tavern |