# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MM+JO ENTERPRISES INC
D/B/A ALCHEMY TAVERN
C/O JOHN R. CHARNETSKI
4 YACHT CLUB DR #26
DAPHNE, AL 36526

9590 9403 0175 5120 9483 55

2. Article Number (Transfer from service label)

7015 0640 0007 0430 9075

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_
☐ Agent
☒ Addressee

B. Received by (Printed Name): J Charnetski
C. Date of Delivery: MAR 05 2016

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053  Domestic Return Receipt