| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signature] 36526-9998 ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) J Charnetski  C. Date of Delivery MAR 2016 |
| 1. Article Addressed to:<br><br>JOHN R. CHARNETSKI<br>4 YACHT CLUB DR #26<br>DAPHNE, AL 36526 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 9590 9403 0175 5120 9483 48 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery Mail<br>Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7015 0640 0007 0430 9136 | |

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt