IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BROADCAST MUSIC, INC.,** *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION 16-0074-WS-B |
| **MM & JB ENTERPRISES, INC.,** *et al.*, | ) |
| Defendants. | ) |

**ORDER**

On June 22, 2016, the parties filed a Joint Notice of Pending Settlement (doc. 13), wherein they confirmed that they have reached a settlement of this action and requested a period of seven days to complete the settlement documents and file an appropriate stipulation of dismissal.

In light of the representations set forth in the Joint Notice, it is **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action within **30 days** after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear his or its own costs, unless otherwise agreed by the parties.

DONE and ORDERED this 23rd day of June, 2016.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE